THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THE
FITCHBURG RAILROAD COMPANY, Appellant.

THIS case presents the same question and was argued and
decided with *People* v. *N. Y., Chicago & St. Louis R. R.
Co. (ante,* page 474).